UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION DIVISION

IN RE:                                                                 CASE NO. 17-57660
                                                                       CHAPTER 13
Shirley Ann Grant

                                                                       JUDGE MINA NAMI KHORRAMI

         DEBTOR                                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, EDWARD A. BAILEY files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US Bank Trustee NA

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Amount | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 13 | 5971 | $2,241.84 | $2,241.84 | $2,241.84 |
| Total Amount Paid by Trustee | | | | $2,241.84 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  **X**   Through May 2022 via conduit          ___  Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 17-57660

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 26th day of May, 2022.

Shirley Ann Grant, 1873 Pannell Avenue, Columbus, OH  43207-1655

ELECTRONIC SERVICE - Mark Albert Herder, 1031 East Broad Street, Columbus, OH  43205

Select Portfolio Servicing, 3815 South West Temple Siute 2000, Salt Lake City, UT  84115

ELECTRONIC SERVICE - bankruptcy@sottileandbarile.com

ELECTRONIC SERVICE - bknotice@clunkhoose.com

ELECTRONIC SERVICE - United States Trustee

Date:  May 26, 2022                                                                        /s/ EDWARD A. BAILEY
                                                                                                        EDWARD A. BAILEY
                                                                                                        Chapter 13 Trustee
                                                                                                        130 E WILSON BRIDGE RD.
                                                                                                        SUITE 200
                                                                                                        WORTHINGTON, OH  43085-6300